FILE COPY

No. 07-15-00232-CV

| | | |
|---|---|---|
| Luis S. Lagaite<br>  Appellant | § | From the 251st District Court<br>  of Potter County |
| | § | |
| v. | | July 28, 2015 |
| | § | |
| Gregory C. Boland, et al.<br>  Appellee | § | Opinion Per Curiam |
| | § | |

## **J U D G M E N T**

Pursuant to the opinion of the Court dated July 28, 2015, it is ordered, adjudged and decreed that this appeal be dismissed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o